

United States Government
## NATIONAL LABOR RELATIONS BOARD
## OFFICE OF THE GENERAL COUNSEL
Washington, D.C. 20570

April 14, 2014

Mark J. Langer, Esquire
Clerk, United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 5423
Washington, DC 20001-2866

Re: D.C. Cir. Nos. 14-1028 and 14-1037--World Color (USA) Corp., a wholly-owned subsidiary of Quad Graphics, Inc. v. NLRB Board Case Nos. 32-CA-062242 and 32-CA-063140

Dear Mr. Langer:

I am enclosing an original and four copies of the certified list of the contents of the agency record in this case. I am serving a copy of the list on the counsel named below.

Very truly yours,

Linda Dreeben (BKC)
Linda Dreeben
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1099 14th Street, N.W.
Washington, D.C. 20570
(202) 273-2960

Encls.

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WOLRD COLOR (USA) CORP., A WHOLLY-OWNED SUBSIDIARY OF QUAD GRAPHICS, INC.<br>    Petitioner<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br>    Respondent | Nos. 14-1028<br>       14-1047 |

## CERTIFIED LIST OF THE NATIONAL LABOR RELATIONS BOARD

Pursuant to authority delegated in Section 102.115 of the National Labor Relations Board's Rules and Regulations, 29 C.F.R. § 102.115, I certify that the list set forth in the attached Index, consisting of 3 volumes, fully describes all documents, transcripts of testimony, exhibits, and other material constituting the record before the Board in World Color (USA) Corp., a wholly-owned subsidiary of Quad Graphics, Inc., Case Nos. 32-CA-062242 and 32-CA-063140.

_Gary Shinners_
Gary Shinners
Executive Secretary
National Labor Relations Board
1099 14th Street, NW
Washington, D.C. 20570
(202) 273-2960

April 14, 2014

# INDEX TO CERTIFIED LIST

| | | Pages |
|---|---|---|
| VOLUME I- | Transcript of Testimony 06.14.13 | 1-255 |
| VOLUME II- | General Counsel's Exhibits 1(a)-1(t) 2(not offered) 3(rejected) 4(not offered) 5-7 | |
| | Joint Exhibits 1-5 | |
| VOLUME III- | Pleadings | |

| Date | Document | Pages |
|---|---|---|
| 07.31.13 | Administrative Law Judge Decision an Order | 1-15 |
| 07.31.13 | Order Transferring Proceedings to the National Labor Relations Board | 1-2 |
| 08.28.13 | Respondent's Exceptions | 1-5 |
| 09.10.13 | Acting General Counsel's Request for Extension of Time to file an Answering Brief and/or Limited Cross-Exceptions | 1-2 |
| 09.11.13 | Board's Order granting Acting General Counsel's Extension of Time Request | 1 |
| 09.19.13 | Acting General Counsel's Answering Brief to Respondent's Exceptions | 1-10 |
| 10.18.13 | Respondent's Reply Brief of its Exceptions | 1-11 |
| 02.12.14 | Decision and Order | 1-10 |
| 03.11.14 | Respondent's Motion to Stay Enforcement of Board Order Pending Judicial Review of Order (no action taken yet) | 1-15 |

# CHRONOLOGICAL LIST OF RELEVANT DOCKET ENTRIES

In the Matter of: World Color (USA) Corp., a wholly-owned subsidiary of Quad Graphics, Inc.

Board Case Nos.: 32-CA-062242 and 32-CA-063140

| Date | Documents |
|---|---|
| 08.08.11 | Charge in Case No. 32-CA-062242 |
| 08.22.11 | Charge in Case No. 32-CA-063140 |
| 09.26.12 | Order Consolidating Cases, Consolidated Complaint and Notice of Hearing |
| 10.09.12 | Answer |
| 10.16.12 | Amendment to Consolidated Complaint |
| 10.29.12 | Answer |
| 11.20.12 | Order Rescheduling Hearing |
| 01.04.13 | Order Postponing Hearing |
| 02.20.13 | Order Scheduling Hearing |
| 05.09.13 | Order Rescheduling Hearing |
| 06.04.13 | Hearing Opened/Closed |
| 07.31.13 | Administrative Law Judge Decision an Order |
| 07.31.13 | Order Transferring Proceedings to the National Labor Relations Board |
| 08.28.13 | Respondent's Exceptions |
| 09.10.13 | Acting General Counsel's Request for Extension of Time to file an Answering Brief and/or Limited Cross-Exceptions |

| | |
|---|---|
| 09.11.13 | Board's Order granting Acting General Counsel's Extension of Time Request |
| 09.19.13 | Acting General Counsel's Answering Brief to Respondent's Exceptions |
| 10.18.13 | Respondent's Reply Brief of its Exceptions |
| 02.12.14 | Decision and Order |
| 03.11.14 | Respondent's Motion to Stay Enforcement of Board Order Pending Judicial Review of Order (no action taken yet) |

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WOLRD COLOR (USA) CORP., A WHOLLY-OWNED SUBSIDIARY OF QUAD GRAPHICS, INC.<br>    Petitioner<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br>    Respondent | )<br>)<br>)<br>)<br>)<br>) Nos. 14-1028<br>)      14-1037<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that on, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                Ronald J. Holland, Esquire
                Ellen M. Bronchetti, Esquire
                Sheppard, Mullin, Richter & Hampton LLP
                A Limited Liability Partnership
                 Including Professional Corporations
                Four Embarcadero Center, 17th Floor
                San Francisco, CA 94111-4109

                    /s Linda Dreeben
                    Linda Dreeben
                    Deputy Associate General Counsel
                    NATIONAL LABOR RELATIONS BOARD
                    1099 14th Street, N.W.
                    Washington, D.C. 20570

Dated at Washington, D.C.
this 14th day of April 2014