# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 14-1028** | **September Term, 2013** |
| | NLRB-32CA062242 |
| | NLRB-32CA063140 |
| | Filed On: July 18, 2014 [1503416] |

World Color (USA) Corp., a wholly owned subsidiary of QUAD/GRAPHICS, INC.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 14-1037

### O R D E R

Upon consideration of petitioner's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioners' Reply Brief | August 1, 2014 |
| Deferred Appendix | August 8, 2014 |
| Final Briefs | August 22, 2014 |

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk